IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN B. WILSON | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | NO. 07-3660 |
| | : | |
| ACADEMY COLLECTION SERVICE, INC. | : | |

O R D E R

**AND NOW, TO WIT:** This   16th   day of   January  , 2008, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**   /s/ Michael Finney  
Deputy Clerk to Judge Surrick

Copies FAXED on   1/16/08    to:

Mark D. Mailman, Esquire
Joan P. Depfer, Esquire